UNITED STATES of America,
Plaintiff–Appellee,

v.

Corey SEIGNIOUS, Defendant–
Appellant.

No. 07–14984
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 1, 2008.

R. Gary Spencer, Decatur, GA, for Defendant–Appellant.

Amy Levin Weil, U.S. Attorney's Office, Todd C. Alley, Atlanta, GA, for Plaintiff–Appellee.

Before ANDERSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

R. Gary Spencer, appointed counsel for Corey Seignious in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Seignious's convictions and sentences are **AFFIRMED.**